Commonwealth *v.* Padilla, Appellant.

Submitted June 11, 1969. *William A. Atlee, Jr.,* and *Zimmerman, Zimmerman, Myers & Gibbel,* for appellant; *Theodore A. Parker,* First Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.